UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Magistrate No.** |
| | : | |
| v. | : | |
| | : | **VIOLATION:** |
| **MARY GAY,** | : | 18 U.S.C. §§ 209(a) and 216(a)(1) |
| | : | (Receipt of Supplementation of Salary) |
| **Defendant.** | : | |

## INFORMATION

The Unite States Attorney hereby informs the Court that:

### COUNT ONE

On or about March 17, 2006, in the District of Columbia, defendant MARY GAY, an officer and employee of the United States Department of Veteran Affairs knowingly received from a source other than the United States Government, that is, family members of veteran William T. Countee, a contribution to and supplementation of defendant's salary, that is, a cash payment of $500, as compensation for defendant's services with the Department of Veteran Affairs.

**(Receipt of Illegal Supplementation of Salary, in violation of Title 18,
United States Code, Sections 209(a) and 216(a)(1))**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

By:     _____/s/_____
DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar # 417718
United States Attorneys Office
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov