IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-MJ-392 |
| | : | |
| v. | : | |
| | : | **FILED** |
| MARY GAY, | : | |
| | : | JUN 2 7 2008 |
| Defendant. | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Mary Gay (hereinafter "GAY") with the concurrence of her attorney, Harry Tun., agree and stipulate as follows:

1. The defendant is charged by Information with a misdemeanor count of Illegal Supplementation of Salary, pursuant to Title 18, United States Code, Sections 209(a) and 216(a)(1).

2. At all relevant times, GAY was employed as a patient representative in the United States Department of Veteran Affairs Medical Center in Washington, D.C., working in the Medical Care Cost Recovery area. GAY's primary responsibility was to handle walk-in patient billing inquiries.

3. On or about March 6, 2006, GAY told family members of veteran William T. Countee that, in return for a cash payment of $500 she would write off bills that had accumulated for Mr. Countee at the Medical Center. In order to demonstrate that GAY could in fact do this, GAY wrote off $4,365 of Mr. Countee's medical bills that day.

4. On or about March 17, 2006, two members of Mr. Countee's family met with GAY in her office and gave her $500 cash personally. GAY, in return, wrote off $20,153.60 of additional medical bills at the Medical Center for Mr. Countee.

5. GAY took the $500 and kept it for her own personal use.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>United States Attorney
>for the District of Columbia
>D.C. Bar No. 498610
>
>By: /s/ Daniel P. Butler
>DANIEL P. BUTLER
>Assistant United States Attorney
>D.C. Bar No. 417718
>555 4th Street, N.W., Room 5231
>Washington, D.C. 20530
>(202) 353-9431
>Daniel.Butler@USDOJ.Gov

**DEFENDANT'S ACCEPTANCE**

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Mr. Harry Tun, I agree and stipulate to this Statement of Offense.

Date: 6/27/08

Mary Gay
Defendant

I have discussed this Statement of Offense with my client, Ms. Mary Gay. I concur with her decision to stipulate to this Statement of Offense.

Date: 6/27/08

Mr. Harry Tun
Attorney for Defendant Mary Gay

2