U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

V. :

MARY GAY, :   Case No. 08-MJ-392

Defendant. :   **FILED**

**ORDER**   JUN 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___27th___ day of ___JUNE, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **TO BE DETERMINED** by ___FBI SA ERIC HATHAWAY___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___The FBI___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___SA ERIC HATHAWAY___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                             _____
                                             ~~Judge~~ (U.S. Magistrate)   JOHN M. FACCIOLA

DOJ USA-16-80

DEFENSE COUNSEL